**Order entered March 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00888-CR

**MIGUEL GONZALEZ JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F04-2114-M**

## ORDER

The Court **REINSTATES** the appeal.

On January 30, 2015, we granted the motion of Lori Ordiway to withdraw as appellant's counsel and ordered the trial court to appoint new counsel to represent appellant. We have received the trial court's order appointing Brett Ordiway was new counsel. Accordingly, we **DIRECT** the Clerk to add Brett Ordiway as appellant's appointed attorney of record.

The appeal is at issue and will be set for submission in due course.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Brett Ordiway and Karen Wise.

/s/      ADA BROWN
JUSTICE